IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RUDY PEREA,

      Plaintiff,

vs.                                                                                                                              No. CIV 14-1137 JB/KBM

TOWN OF TAOS,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Order of Dismissal, filed April 30, 2015 (Doc. 22)("Order").  In the Order, the Court dismissed all of Plaintiff Rudy Perea's claims against Defendant Town of Taos.  See Order at 1.  There being no more claims or action before the Court, final judgment is appropriate.

**IT IS ORDERED** that: (i) Plaintiff Rudy Perea's case against Defendant Town of Taos is dismissed; and (ii) final judgment is entered.

                                                                                         _____
                                                                                         UNITED STATES DISTRICT JUDGE

*Counsel:*

Justin Brancroft Lea
Taos, New Mexico

      *Attorney for the Plaintiff*

Tony F. Ortiz
Santa Fe, New Mexico

      *Attorney for the Defendant*